**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X   Case No.: 1:20-cv-04284

JAYLEEN HERRERA,

                              Plaintiffs,

                 -against-

BOSTON MARKET CORPORATION,

                              Defendants.
------------------------------------------------------------------X

## MOTION TO WITHDRAW MORGAN MICKELSEN AS COUNSEL

    I, Brittany A. Stevens, a Partner at Phillips & Associates, Attorneys at Law, PLLC, respectfully request that the appearance of Morgan Mickelsen, Esq., as counsel for Plaintiff in the above-captioned action be withdrawn and further request that Morgan Mickelsen be removed from the Court's and parties' service lists as her last day of employment at Phillips & Associates was September 30, 2022. The law firm of Phillips & Associates and specifically the undersigned continues to serve as counsel for Plaintiff, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, the undersigned counsel respectfully requests that the Court permit Morgan Mickelsen, Esq. to withdraw as counsel for the Plaintiff in this matter.

Dated:    New York, New York
            October 3, 2022

                                                                   /s/ Brittany A. Stevens
                                                                   Brittany A. Stevens, Esq.
                                                                   Phillips & Associates
                                                                   Attorneys at Law, PLLC
                                                                   45 Broadway, Suite 430
                                                                   New York, NY 10006
                                                                   Tel: (212) 248-7431
                                                                   Fax: (212) 901-2107