

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**GREGORY B. REILLY, ESQ.**
greilly@bsk.com
P: 646.253.2330
F: 646.253.2370

August 17, 2023

<u>**VIA ECF**</u>

The Honorable Magistrate Judge Peggy Kuo
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Jayleen Herrera v. Boston Market Corporation (1:20-cv-04284)</u>

Dear Magistrate Judge Kuo:

Pursuant to your Individual Practice Rules governing non-dispositive non-discovery motions, please be advised that prior to making this motion to withdraw as counsel for Defendant Boston Market Corporation, I informed Plaintiff's counsel of my firm's intention to withdraw. Plaintiff's counsel CONSENTS to the relief requested.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Gregory B. Reilly


cc (via ECF):   Brittany A. Stevens, Esq., Phillips & Associates (via ECF)

cc (via US Mail):   Mr. Jignesh "Jay" Pandya
Rohan Group of Companies
14103 Denver West Parkway
Golden, Colorado 80401

Ms. Frances Allen, CEO
Boston Market Corporation
14103 Denver West Parkway
Golden, Colorado 80401

Attorneys At Law | A Professional Limited Liability Company